

16

MARTIN C. CARLSON
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
Wm. J. Nealon Federal Building
Washington & Linden
Scranton, PA 18501
Phone: (570)348-2800
Attorneys for Plaintiff

FILED
SCRANTON
MAR - 5 2002
PER [signature] DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br><br>SHELDON W. MELLOTT and<br>JUDITH A. MELLOTT,<br>Defendants. | ) | 1:CV-00-1434<br><br><br>**SATISFACTION OF JUDGMENT**<br><br>(Judge Kane) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Full satisfaction is hereby acknowledged of that certain judgment entered on January 31, 2001, in favor of the United States of America, against the above-named Defendants. The Clerk is hereby authorized and directed to enter full satisfaction of record in this action.

DATED: 2/23/02

MARTIN C. CARLSON
United States Attorney

[signature]

J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney

CARROLL A. TERRUSO
Paralegal Specialist